# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ERIC TAYLOR

## WARRANT FOR ARREST

CASE NUMBER: 00-6294-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ERIC TAYLOR__
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and distribution of cocaine base,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

| | |
|---|---|
| CLARENCE MADDOX<br>Name of Issuing Officer | COURT ADMINISTRATOR\CLERK OF THE COURT<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | October 5, 2000, Fort Lauderdale, Florida<br>Date and Location |
| Bail fixed at $ __Pre-Trial Detention__ | by Barry S. Seltzer, United States Magistrate Judge<br>Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ ERIC TAYLOR _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DRUG ENFORCEMENT ADMINISTRATION _____

_____