# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ERIC TAYLOR (J) | CASE NO: | 00-6294-CR-HURLEY |
| AUSA: | BRUCE BROWN /Lanigan | ATTY: | |
| AGENT: | DEA | VIOL: | 21:841(a)(1) |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no　　　COUNSEL APPOINTED: _____

BOND SET @: _____　　　To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Ore tenus motion to unseal granted. Order signed. Deft advised of charges.*

*Counsel to be retained.*

Stamps: FILED OCT 13 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.; REC'D by D.C. OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: SNOW | PLACE: FTL |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-16 | 10 | | |
| PTD/BOND HEARING: | 10-20 | 10 | duty | WPB |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-20 | 10 | duty | WPB |
| STATUS CONFERENCE: | | | | |

DATE: 10-13-00　　TIME: 11:00　　FTL/LSS TAPE # 00- 051　　Begin: 3053　　End: 3353