# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

REC'D by _____ D.C.

FILED OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT: ERIC TAYLOR   CASE NO: 00-6294-CR-HURLEY

AUSA: BRUCE BROWN /Kay   ATTY: ____

AGENT: ____   VIOL: ____

PROCEEDING: INQUIRY RE COUNSEL   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: David Joffe

BOND SET @: ____   To be cosigned by: ____

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ____
- ❏ Travel extended to: ____
- ❏ Halfway House ____

*Sworn for appointment of counsel*

*PTD hrg in WPB w/ co-deft.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | October 20 | 10 | Duty | WPB |
| PRELIM/ARRAIGN. OR REMOVAL: | October 20 | 10 | Duty | WPB |
| STATUS CONFERENCE: | | | | |

DATE: 10-16-00   TIME: 11:00   FTL/LSS TAPE # 00 - 052   Begin: 513   End: 579