U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 10/20/00   TIME: 9:30 AM

DEFT. ERIC TAYLOR (J)                        CASE NO. 00-6294-CR-HURLEY

AUSA. BRUCE BROWN                            ATTY. DAVID JOFFE - CJA

AGENT. ROBERT FELICIONI  DEA                 VIOL. CONSP/PWID CRACK COCAINE
                                                   21:841(a)(1), 846

PROCEEDING  ARRAIGNMENT & PRETRIAL DETENTION    BOND. NO BOND

DISPOSITION  Status Conf set 11/20/00 @ 9:30 A.M.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested.

Deft arraigned.

Pretrial Detention Hearing held. Court finds defendant is a ~~risk of flight and a~~ danger to community and orders defendant pretrial detained.

Agent McDougal sworn

DATE: 10/20/00.                TAPE: LRJ-00- 92 - 2502/93-1