UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6294-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

ERIC TAYLOR
          Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**

Jail No.: _____

Language: ENGLISH

Address: IN CUSTODY

Tel. No: _____

**Defense Counsel:**

Name: DAVID JOFFE

Address: 2900 BRIDGEPORT AVENUE STE 401

COCONUT GROVE, FL 33133

Tel. No: 305-446-5886

**Bond Set/Continued:** $ PRETRIAL DETENTION

Dated this 20th day of October, 2000.

CLARENCE MADDOX, CLERK

BY _____
     Deputy Clerk

TAPE NO. LRJ-00-92-2474/
DIGITAL START NO. 93-1

/5