AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ERIC TAYLOR

## WARRANT FOR ARREST

CASE NUMBER: 00-6294-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ERIC TAYLOR___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and distribution of cocaine base,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | October 5, 2000, Fort Lauderdale, Florida
 | Date and Location

Bail fixed at $ __Pre-Trial Detention__ | by Barry S. Seltzer, United States Magistrate Judge
 | Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/00 | James A. Tassone | |
| DATE OF ARREST | United States Marshal | |
| 10/12/00 | Southern District of Florida | Edward Purchase, SDUSM |