# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 11/20/00   TIME: 9:30 AM

DEFT. ERIC TAYLOR (J)   CASE NO. 00-6294-CR-HURLEY/VITUNAC
(Defendant not needed)
*Rolando Garcia*

AUSA. BRUCE BROWN   ATTY. DAVID JOFFE - CJA

AGENT. ROBERT FELICIONI - DEA   VIOL. CONSP/PWID CRACK COCAINE
21:841(a)(1), 846

PROCEEDING STATUS RE: DISCOVERY   BOND. PRETRIAL DETENTION

DISPOSITION Status Conf 11/28/00 before Judge Hurley

*No pending motions; No discovery problems*
*Estimated trial time - 5 days.*

DATE: 11/20/00   TAPE: LRJ-00- 1021208