# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,
    **Plaintiff,**

v.

**ERIC TAYLOR,**
**ELIACIN MACINTAUCH,**
    **Defendants.**

-------------------------------------------/



FILED by _____ D.C.

DEC - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

### ORDER SETTING TRIAL DATE &
### ESTABLISHING PRETRIAL PROCEDURES

**THIS CAUSE** was before the court at a status conference on November 28, 2000. Counsel representing the parties were present and the proceedings were court reported. The court being fully informed, it is

**ORDERED and ADJUDGED**:

l. Unless instructed otherwise by subsequent order, all proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. This case is set for trial on a calendar commencing on **March 5, 2001.**

3. A calendar call will be conducted on **Friday, February 23, 2001, at 1:30 p.m.** in courtroom 5 at the U.S. Courthouse. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the calendar call by general conference call.

4. At the calendar call, counsel for each party shall provide the court, and serve on opposing

