BB:as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6294-CR-HURLEY(s)</u>

FILED by ___ D.C.
INTAKE
FEB 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC TAYLOR, ET AL. | ) |
| | ) |

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for an Order sealing the Superseding Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrests be provided to the U.S. Marshal's Service and the Drug Enforcement Administration with respect to the above-captioned matter until such time as the first defendant is arrested or further order the Court. The government is requesting the above-mentioned documents be sealed because it believes a defendant may flee if he/she become aware of the superseding indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3508
Facsimile: (954) 356-7336

