# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

NOTICE

VS.

CASE NUMBER: 00-6294-CR-HURLEY/VITUNAC(s)

ERIC TAYLOR           (J)
MACINTAUCH ELIACIN    (J)
    (Defts. required)
    Defendants.

TYPE OF CASE:

( ) **CIVIL**     (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE: <br> UNITED STATES COURTHOUSE <br> 701 CLEMATIS STREET <br> WEST PALM BEACH, FL. 33401 | ROOM NO.: <br> COURTROOM #3   (4TH FLOOR) <br> DATE AND TIME: <br> THURSDAY, 3-1-01 @ 9:30 AM |

TYPE OF PROCEEDING:

ARRAIGNMENT ON SUPERSEDING INDICTMENT

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

FEBRUARY 23, 2001
DATE

(BY) DEPUTY CLERK

TO:  DAVID JOFFE, ESQUIRE
    LORI BARRIST, AFPD
    UNITED STATES ATTORNEY (BRUCE BROWN)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE

