# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/01/2001   TIME: 9:30 AM

DEFT. ERIC TAYLOR ✓(J)   CASE NO. 00-6294-CR-HURLEY/VITUNAC(s)

AUSA. ~~BRUCE BROWN~~ Neil Karadbil   ATTY. DAVID JOFFE (CJA) ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. PRETRIAL DETENTION

DISPOSITION Arraignment held. Deft present with counsel, waived formal reading of S/Indictment & pleads not guilty.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested / signed & distributed

Status/Dix set for 4-2-01 @ 9:30 AM before Judge Johnson.

DATE: 3-1-01   TAPE: AEV 01-14-1300

48