UNIT  STATES DISTRICT COURT
SOUTHℇRN DISTRICT OF FLORIDA

CASE NO.: <u>00-6294-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC TAYLOR,

    Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>  MARCH 1,  2001</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: <u>    IN CUSTODY    </u>

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: <u>  DAVID JOFFE  </u>

    Address: <u>  2900 BRIDGEPORT AVENUE, SUITE 401  </u>

    <u>  COCONUT GROVE, FLORIDA 33133  </u>

    Telephone no.: <u>(305) 446-5886</u>

**BOND/SET/CONTINUED:** $ <u>  PRETRIAL DETENTION  </u>

**BOND/PTD hrg held:** YES _____ NO ___ BOND/PTD hrg set for _____

Dated this <u> 1 </u> day of <u>  MARCH  </u>, 2001.

    CLARENCE MADDOX, CLERK OF COURT

    By: _____
           Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service

RA
51