UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ERIC TAYLOR,
FELINE JOSEPH,
    Defendants.
_____/



### ORDER RESETTING TRIAL

**THIS MATTER** come before the court *sua sponte*. The above cited case is presently set for trial on the court's March 2001, trial calendar. The government having superseded the indictment, it is

**ORDERED** and **ADJUDGED**:

1. This matter is reset for trial to the trial calendar commencing **Aprl, 2, 2001.**

2. A calendar call will be conducted on **Friday, March 23, 2001, at 1:30 p.m.** in courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. If arrangements are made at least **48 hours** in advance with the courtroom deputy (561/803-3452), out-of-town counsel may attend the calendar call by general conference call.

3. **THE COURT FINDS** the resulting delay, up to the date the trial commences, excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Furthermore, the ends of justice served by taking such action outweigh the best interest of the public



and the defendant with regard to a speedy trial pursuant to 18 U.S.C. § 3161.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this _17th_ day of March, 2001.

**copy furnished:**
AUSA Bruce O. Brown
David Joffe, Esq.
David Hodge, Esq.

Daniel T. K. Hurley
United States District Judge