# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 4/2/01   TIME: 9:30AM

DEFT. ERIC TAYLOR (J)   CASE NO. 00-6294-CR-HURLEY/VITUNAC (s)
(Defendant not required)

AUSA. *Kerry Baron for* BRUCE BROWN   ATTY. DAVID JOFFE - CJA

AGENT.   VIOL. PWID CRACK COCAINE 21:841(a)(1), 846

PROCEEDING STATUS RE: DISCOVERY   BOND. PRETRIAL DETENTION

FUTURE DATES Trial 4/2/01

DISPOSITION No pending motions. No Discovery problems. 3 days to try case

DATE: 4/2/01   TAPE: LRJ-01- 18-3354