TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __ERIC TAYLOR_____

                                CASE NO. __00-6294_____CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __April 02, 2001_____.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

    _____

    _____

    _____

_____ The following motions are pending and appropriate for resolution by
      the District Court at time of trial:

    _____

    _____

    _____

__✓__ There are no discovery problems.

_____ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __4__ days to complete.

_____ Other comments:

    *A plea is possible*

                                  Respectfully submitted,

                                  LINNEA R. JOHNSON
                                  CHIEF U. S. MAGISTRATE JUDGE