# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.
APR - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

===============================================

Case No. _00-6294-CR._      Date _April 3, 2001_

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: _English_      Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA  v.  _Eric Taylor_

AUSA: _Bruce T. Brown_      DEFENSE COUNSEL: _____

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count I of the Superseding Indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date set for friday, July 6, 2001, at 2:30 p.m._

PA
64