UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC TAYLOR,

    Defendant.
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, ERIC TAYLOR, by and through undersigned counsel, David J. Joffe, pursuant to the Local Rules for the Southern District of Florida and the Federal Rules of Criminal Procedure, and would hereby respectfully request this Honorable Court to continue the Sentencing from Friday, July 6, 2001. As grounds in support of this motion, undersigned counsel would state the following factual basis:

1. Undersigned counsel has a pre-paid vacation scheduled for July 1, 2001 through July 8, 2001 inclusive.

2. This motion is made in good faith and not for purposes of delay.

## LOCAL RULE 88.9 COMPLIANCE

Undersigned counsel's office has spoken with Assistant United States Attorney Bruce Brown and he has no objection to the requested continuance.

WHEREFORE, undersigned counsel would respectfully request this Honorable Court to grant this motion.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this _____ day of April, 2001, to:

BRUCE BROWN, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

        Respectfully submitted,

        DAVID J. JOFFE, P.A.
        Attorney for Defendant
        2900 Bridgeport Avenue
        Suite 401
        Coconut Grove, Florida 33133
        Telephone: (305) 446-5886
        Facsimile: (305) 446-5856

        By_____
         DAVID J. JOFFE, ESQUIRE
         FLORIDA BAR NO. 0814164