UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC TAYLOR,

    Defendant.
_____/

FILED by _____ D.C.
APR 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON MOTION TO CONTINUE

THIS CAUSE having come before this Court on Defendant's Motion to Continue, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Continue is hereby GRANTED. **THIS MATTER IS RESET TO JULY 13, 2001, at 10:30 a.m.**

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, this _17th_ day of _April_, 2001.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Bruce Brown, Esquire (AUSA)