UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC TAYLOR,

    Defendant.
_____/



## MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S. §853(n)(7). In support, the United States submits that:

1. On May 9, 2001, this Court entered a judgment and preliminary order of forfeiture against the defendant's interest, rights and title to $4,162.00 in United States currency;

2. On May 23, 2001, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation.

3. Proof of the publication was filed with this Court on May 30, 2001.

4. No person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the property listed in paragraph one.

5. The United States is entitled to a final order of forfeiture against the defendant property in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the property in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed this 25th day of June, 2001, to David Joffe, Esq., Counsel for Eric Taylor, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133.

_____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY