UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC TAYLOR,

    Defendant.
_____/

FILED by ____ D.C.

JUN 29 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 9, 2001, this Court entered a judgment and preliminary order of forfeiture against the defendant's interest, rights and title to $4,162.00 in United States currency;

WHEREAS, on May 23, 2001, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation;

WHEREAS, proof of the publication was filed with this Court on May 30, 2001;

WHEREAS, no person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the defendant's property;

WHEREAS, the Court is not aware of any other party having a remaining interest in the defendant's property, it is hereby



ORDERED and ADJUDGED, that pursuant to 21 U.S.C. §853, the $4,162.00 in United States currency is HEREBY CONDEMNED, FORFEITED and VESTED to the United States of America, and shall be disposed by the United States Marshals Service in accordance with law.

DONE and ORDERED this 28th day of July, 2001, at West Palm Beach, Florida.

_____
HONORABLE DANIEL T K HURLEY
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
    AUSA Bruce O. Brown
    David Joffe, Esq.