

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

ERIC TAYLOR,

        Defendant.

_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS AND ADDENDUM TO PRE-SENTENCE INVESTIGATION REPORT

    The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Objections and Addendum to the Pre-Sentence Investigation Report. The United States of America requests this Court to overrule defendant's objections and in support of said request states the following:

    1.    With respect to defendant's objections to the probation officer's inclusion of a two-level enhancement for the presence of a "stun gun" and the resultant increase in offense level and Guideline Provisions, the government agrees with and defers to the probation officer's response articulated in the Addendum to the Pre-Sentence Report filed on June 28, 2001.

    2.    With respect to defendant's request that this Court recommend to the Federal Bureau of Prisons that the defendant be placed into the Bureau of Prisons Drug Treatment Program, the



government has no objection to said request.

                                            Respectfully submitted,

                                            GUY A. LEWIS
                                            UNITED STATES ATTORNEY

By: _____
      Bruce O. Brown
      Assistant United States Attorney
      Florida Bar No. 999490
      500 East Broward Blvd., Suite 700
      Fort Lauderdale, FL 33394
      TEL: (954) 356-7255
      FAX: (954) 356-7336
      E-MAIL: bruce.brown2@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 305 446 5856) this 9th day of July, 2000 to: David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Miami, Florida 33133-3606.

_____
Bruce O. Brown
Assistant United States Attorney

2