UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC TAYLOR,

    Defendant.
_____/

### NOTICE OF APPEAL

NOTICE is hereby given that Defendant, ERIC TAYLOR, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence entered in this action on July 13, 2001 by the Honorable Daniel T.K. Hurley, United States District Court Judge.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 16th day of July, 2001, to:

BRUCE BROWN, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

                            Respectfully submitted,

                            DAVID J. JOFFE, P.A.
                            Attorney for Defendant
                            2900 Bridgeport Avenue
                            Suite 401
                            Coconut Grove, Florida 33133
                            (305) 446-5886

                            By_____
                              DAVID J. JOFFE, ESQUIRE
                              FLORIDA BAR NO. 0814164