```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2

 3   UNITED STATES OF AMERICA,)    Case No.
                              )    00-6294-CR-HURLEY
 4        Plaintiff,          )
                              )
 5   -v-                      )
                              )
 6   ERIC TAYLOR,             )
                              )
 7        Defendant.          )    West Palm Beach, Florida
                              )    July 13, 2001
 8   _____)

 9

10            TRANSCRIPT OF SENTENCING PROCEEDINGS

11         BEFORE THE HONORABLE DANIEL T.K. HURLEY

12                    U.S. DISTRICT JUDGE

13

14   Appearances:

15   For the Government          Janice LeClainche, ESQ.
                                 Assistant United States Attorney
16

17   For the Defendant           David J. Joffe, ESQ.
                                 2900 Bridgeport Avenue, Suite 401
18                               Coconut Grove, FL  33133

19

20   Reporter                    Stephen W. Franklin, RPR, CRR
     (954)769-5475               Official Court Reporter
21                               299 East Broward Blvd., Suite 207B
                                 Fort Lauderdale, Florida  33301
22

23

24

25
```