```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                     NORTHERN DIVISION


UNITED STATES OF AMERICA,        )   Docket No.
                                 )   00-6294-Cr-HURLEY
             Plaintiff,          )
                                 )   West Palm Beach, Fl.
    v.                           )   April 3, 2001
                                 )   1:30 p.m.
ERIC TAYLOR,                     )
                                 )
             Defendant.          )
                                 )
---------------------------------x


              TRANSCRIPT OF PLEA HEARING
        BEFORE THE HONORABLE DANIEL T.K. HURLEY
```

APPEARANCES:

For the Government:    BRUCE BROWN, Assistant U.S. Attorney.


For the Defendant:     DAVID JOFFE, ESQ.


Court Reporter:        Pauline A. Stipes CSR, RPR, RMR, CRR
                       United States Courthouse
                       West Palm Beach, FL  33401



Pauline A. Stipes
Official Court Reporter