A 24
(REV. 7/95)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. FLST20012173
PAID BY MLC - 9/06/01

| JURISDICTION | 1 ☐ MAG. JUDGE | 2 ☒ DISTRICT | 2. MAG. JUDGE DOCKET NO. |
| | 3 ☐ APPEALS | 4 ☐ OTHER | |

DISTRICT DOCKETING NO. 0-06294-CR-DTKH
4. APPEALS DOCKET NO. 01-14138 F
5. FOR (DISTRICT/CIRCUIT) SDFL

ACCTG. CLASS. NOS.

IN THE CASE OF U.S.A. VS. ERIC TAYLOR

PERSON REPRESENTED: TAYLOR, ERIC

8. LOCATION/ORGANIZATION CODE

FILED by ___ D.C.
CT. REP.
OCT 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DATE PAID 9/10/01 MV

REC'D by ___ D.C.
OCT 22 2001

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeal

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire, jury instructions, unless specifically authorized by the Court (see Box 13C).

Plea + Sentencing

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY
DATE 07-28-01
PRINTED NAME OF ATTORNEY: DAVID J. JOFFE
PHONE NUMBER (954) 465-5000

1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted. W.P.B.

SIGNATURE OF PRESIDING JUDICIAL OFFICER: Daniel T.K. Hurley
DATE 8/7/01

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
--- | ---
A. Apportion ___ % of transcript with ___ | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

16. FULL NAME OF PAYEE: Stephen Franklin

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
299 E. Broward Blvd. Suite 207B
Ft. Lauderdale, FL 33301
c/o Judge Ferguson's Chamber

19. TELEPHONE NO. AREA CODE (954) NUMBER 769-5475

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-30 | 30 | $3.00 | $90.00 | $ 0 | $90.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): filed 8/24/01 Doc # 96 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION: Stephen W. Franklin, RPR, CRR - 8/24/01
DATE 8/24/01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT
DATE 8/29/01

23. TOTAL CLAIMED $ 90.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER: Daniel T.K. Hurley
DATE 8/27/01

25. AMT. APPROVED $ RA