UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **October 29, 2001**

**Clerk, United States Court of Appeals
Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

| IN RE: | District Court No: | 00-6294-CR-DTKH |
| --- | --- | --- |
| | Appeal Court No: | 01-14135-FF |
| | Style: | USA  V.  TAYLOR |

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- __1__ Volume(s) of pleadings;
- __2__ Volume(s) of transcripts;
- __X__ Exhibits: ___ boxes; ___ folders;
  - ___ envelopes; ___ other;
  - __1__ PSIs (sealed)
- ___ Other:

Sincerely,

CLARENCE MADDOX, , Clerk of Court
By: _Marjorie R. Roberts_
    Deputy Clerk
Attachment
C: Court file

```
                                                        AEV      CLOSED
                                                        APPEAL
                     U.S. District Court
               Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6294-ALL
```

USA v. Taylor, et al                                    Filed: 10/05/00
Dkt# in other court: None

Case Assigned to: Judge Daniel T. K. Hurley

ERIC TAYLOR (1)                    David Jonathon Joffe
    defendant                         [term 07/17/01]
 [term 07/17/01]                   FTS 446-5856
                                   [COR LD NTC cja]
                                   David J. Joffe
                                   2900 Bridgeport Avenue
                                   Suite 401
                                   Coconut Grove, FL 33133
                                   305-446-5886


Pending Counts:                         Disposition

21:846=NP.F CONSPIRACY TO          188 months. Supervised Release
POSSESS NARCOTICS                  for a term of 5 years. (See
(1s)                               judgment for conditions of
                                   supervision). Assessment of
                                   $100.00 to be paid in full
                                   immediately.
                                   (1s)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY             Dismissed
DISTRIBUTE CONTRL SUBST            (1)
(1)

21:841A=CD.F CONTROLLED SUBST      Dismissed
SELL/DISTR/DISPENSE                (2)
(2)

21:841A=NP.F NARCOTICS -           Dismissed
POSSESSION                         (2s)
(2s)

21:841A=CD.F CONTROLLED SUBST      Dismissed
SELL/DISTR/DISPENSE                (4)
(4)

Docket as of October 26, 2001 3:15 pm                    Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ mru
                Deputy Clerk
Date  10/29/01

```
Proceedings include all events.                                    AEV
0:00cr6294-ALL USA v. Taylor, et al                        CLOSED APPEAL


1:841A=NP.F NARCOTICS -              Dismissed
 OSSESSION                           (4s - 5s)
(4s - 5s)

21:841A=CD.F CONTROLLED SUBST        Dismissed
SELL/DISTR/DISPENSE                  (5)
(5)

21:841A=NP.F NARCOTICS -             Dismissed
POSSESSION                           (7s)
(7s)

Offense Level (disposition): 4



Complaints:

    NONE


==========================
```

Proceedings include all events.                                            AEV
0:00cr6294-ALL USA v. Taylor, et al                                  CLOSED APPEAL

Case Assigned to:  Judge Daniel T. K. Hurley

ELIACIN MACINTAUCH (2)              Lori E. Barrist
    defendant                          [term  06/08/01]
    [term  06/08/01]                FTS 833-0368
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    400 Australian Avenue N
                                    Suite 300
                                    West Palm Beach, FL 33401-5634
                                    561-833-6288

                                    Eliacin Macintauch
                                       [term  06/08/01]
                                    ppp
                                    Palm Beach County Jail
                                    24716 Gun Club Road
                                    West Palm Beach, FL 33406


Pending Counts:                     Disposition

21:846=NP.F CONSPIRACY TO           48 months. The court recommends
POSSESS NARCOTICS                   the defendant be permitted  to
(1s)                                participate in the 500 hour
                                    drigu/alcohol rehabilitation
                                    program and the term of
                                    imprisonment be served at a
                                    federal  institution in South
                                    Florida near family members.
                                    Supervised Release for a term
                                    of 5 years. The defendant
                                    shall not possess a firearm.
                                    (See judgment for conditions
                                    of supervision). Assessment of
                                    $100.00 to be paid in full
                                    immediately.
                                    (1s)

Offense Level (opening): 4


Terminated Counts:                  Disposition

21:846=CD.F CONSPIRACY              dismissed
DISTRIBUTE CONTRL SUBST             (1)
(1)

21:841A=CD.F CONTROLLED SUBST       dismissed
SELL/DISTR/DISPENSE                 (2)
(2)


Docket as of October 26, 2001 3:15 pm                         Page 3

```
Proceedings include all events.                                          AEV
0:00cr6294-ALL USA v. Taylor, et al                             CLOSED APPEAL

21:841A=NP.F NARCOTICS -              dismissed
POSSESSION                            (2s - 4s)
(2s - 4s)

21:841A=CD.F CONTROLLED SUBST         dismissed
SELL/DISTR/DISPENSE                   (3)
(3)

21:841A=CD.F CONTROLLED SUBST         dismissed
SELL/DISTR/DISPENSE                   (4)
(4)

21:841A=NP.F NARCOTICS -              dismissed
POSSESSION                            (6s)
(6s)

Offense Level (disposition): 4



Complaints:
    NONE


=========================
```

```
Proceedings include all events.                                    AEV
0:00cr6294-ALL USA v. Taylor, et al                         CLOSED APPEAL

Case Assigned to:  Judge Daniel T. K. Hurley
```

| | |
|---|---|
| FELINE JOSEPH (3) , DOB: 9/12/79 Prisoner No.: 55650-004<br>    defendant<br>[term  10/17/01] | David Paul Hodge<br>  [term  10/17/01]<br>FTS 462-4393<br>[COR LD NTC cja]<br>David P. Hodge<br>727 NE 3rd Avenue<br>Suite 100<br>Fort Lauderdale, FL 33304<br>954-462-6145<br><br>Martin John Bidwill<br>  [term  02/23/01]<br>FTS 833-0368<br>[COR LD NTC pda]<br>Public Defender<br>  [term  02/20/01]<br>FTS 833-0368<br>[COR LD NTC pda]<br>Federal Public Defender's Office<br>400 Australian Avenue N<br>Suite 300<br>West Palm Beach, FL 33401-5634<br>561-833-6288 |
| Pending Counts: | Disposition |
| 21:846=NP.M CONSPIRACY TO POSSESS NARCOTICS<br>(1) | 63 months. This is the total term of imprisonment imposed as to count 1 of the superseding indictment. The Court   recommends to the Bureau of Prisons that the defendant be   permitted to participate in the 500 hour drug/alcohol rehabilitation program and the term of imprisonment be served at an institution in SOuth Florida, near family and friends. Supervised Release term for a period of 5 years. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours. The defendant shall not possess a firarm. (See judgment for other conditions of supervision). Assessment of $100.00. A lump sum payment |

```
Proceedings include all events.                                              AEV
0:00cr6294-ALL USA v. Taylor, et al                                  CLOSED APPEAL
                              due immediately.
                              (1)


Offense Level (opening): 3


Terminated Counts:                    Disposition

21:841A=NP.F NARCOTICS -              dismissed
POSSESSION                            (7 - 8)
(7 - 8)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   Bruce Brown
   FTS 356-7336
   954-356-7255X3508
   [COR LD NTC]
   Bruce Brown
   (See above)
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

   PTS Officer
   FTS 803-3469
   561-803-3460
   [COR LD NTC]
   Pretrial Services Office
   701 Clematis Street
   Room 221
   West Palm Beach, FL 33401
   561-803-3460

   Probation Officer
   FTS 655-1049
   561-804-6894
   [COR LD NTC]
   United States Probation Office
```

Proceedings include all events.                                              AEV
0:00cr6294-ALL USA v. Taylor, et al                                   CLOSED APPEAL

    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894

*Begin Vol #1*

Proceedings include all events.                                                      AEV
0:00cr6294-ALL USA v. Taylor, et al                                          CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 10/5/00 | (1) | MOTION by USA as to Eric Taylor, Eliacin Macintauch to seal indictment and warrants until arrests (pb) [Entry date 10/06/00] |
| 10/5/00 | (2) | ORDER as to Eric Taylor, Eliacin Macintauch granting [1-1] motion to seal indictment and warrants until arrests as to Eric Taylor (1), Eliacin Macintauch (2) ( Signed by Magistrate Barry S. Seltzer on 10/5/00) CCAP [EOD Date: 10/6/00] CCAP△ (pb) [Entry date 10/06/00] |
| 10/5/00 | (3) | SEALED INDICTMENT as to Eric Taylor (1) count(s) 1, 2, 4, 5, Eliacin Macintauch (2) count(s) 1, 2, 3, 4 (Criminal Category 1) (pb) [Entry date 10/06/00] |
| 10/5/00 | (4) | ARREST WARRANT issued as to Eric Taylor. Warrant issued by Magistrate Barry S. Seltzer. Pretrial Detention Requested (pb) [Entry date 10/06/00] |
| 10/5/00 | 5 | ARREST WARRANT issued as to Eliacin Macintauch. Warrant issued by Magistrate Barry S. Seltzer. Pretrial Detention Requested (pb) [Entry date 10/06/00] |
| 10/5/00 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (pb) [Entry date 10/06/00] |
| 10/12/00 | -- | ARREST of Eliacin Macintauch (pa) [Entry date 10/30/00] |
| 10/12/00 | -- | ARREST of Eric Taylor (pa) [Entry date 10/30/00] |
| 10/13/00 | (6) | Minutes of initial appearance on sealed i held on 10/13/00 before Magistrate Judge Lurana S. Snow as to Eric Taylor ; Tape #: 00-051 3053-3353 (kw) [Entry date 10/17/00] |
| 10/13/00 | 7 | Minutes of initial appearance on sealed indictment held on 10/13/00 before Magistrate Judge Lurana S. Snow as to Eliacin Macintauch ; Court Reporter Name or Tape #: 00-051 3053-3550 (kw) [Entry date 10/17/00] |
| 10/13/00 | -- | Indictment unsealed as to Eric Taylor, Eliacin Macintauch (kw) [Entry date 10/17/00] |
| 10/13/00 | (8) | ORDER on Initial Appearance as to Eric Taylor Arraignment set for 10:00 10/20/00 for Eric Taylor before Duty Judge ; Report re counsel set for 11:00 10/16/00 for Eric Taylor before Judge Snow ; Detention hearing set for 10:00 10/20/00 for Eric Taylor ; before Duty Magistrate, , ( Signed by Magistrate Judge Lurana S. Snow on 10/13/00) CCAP (kw) [Entry date 10/17/00] |
| 10/13/00 | 9 | ORDER on Initial Appearance as to Eliacin Macintauch Arraignment set for 10:00 10/20/00 for Eliacin Macintauch ; Detention hearing set for 10:00 10/20/00 for Eliacin Macintauch ; before Duty Magistrate, , ( Signed by Magistrate Judge Lurana S. Snow on 10/13/00) CCAP (kw) |

Proceedings include all events.     AEV
0:00cr6294-ALL USA v. Taylor, et al         CLOSED APPEAL

                        [Entry date 10/17/00]

10/13/00 --      MOTION in open court by USA as to Eric Taylor to Unseal
                 indictment (kw) [Entry date 10/17/00]

10/13/00 (10)    ORDER as to Eric Taylor  granting [0-0] oral motion to
                 Unseal indictment as to Eric Taylor (1) ( Signed by
                 Magistrate Judge Lurana S. Snow on 10/13/00) CCAP [EOD
                 Date: 10/17/00] CCAPΔ (kw) [Entry date 10/17/00]

10/16/00  11     NOTICE of Assignment of Assistant Public Defender for
                 Eliacin Macintauch . Terminated  AFPD Lori E. Barrist
                 assigned. (kw) [Entry date 10/17/00]

10/16/00 (12)    Minutes of Inquiry Re Counsel held on 10/16/00  before
                 Magistrate Judge Lurana S. Snow as to Eric Taylor; PTD/Bond
                 Hearing on 10/20/00 before Duty Udge in West Palm Beach.
                 Preliminary/Arraignment set for 10/2000 before Duty Judge
                 in West Palm Beach. Counsel Appointed David Joffe Tape #:
                 00-052-513-579 (pa) [Entry date 10/18/00]

10/16/00  --     Report Re Counsel  as to Eric Taylor held (pa)
                 [Entry date 10/18/00]

10/20/00 (13)    STANDING DISCOVERY ORDER as to Eric Taylor, Eliacin
                 Macintauch   all motions concerning matters not covered by
                 this order must be filed within 28 days of this order (
                 Signed by Ch. Magistrate Judge Linnea R. Johnson on
                 10/20/00)  CCAP (pa) [Entry date 10/23/00]

10/20/00 (14)    Minutes of Arraignment & Pretrial Detention held on
                 10/20/00 before Ch. Magistrate Judge Linnea R. Johnson as
                 to Eric Taylor; Pretrial Detention held. Court finds
                 defendant is a danger to community and orders defendant
                 detained. Tape #: LRJ-00-92-2500/93-1 (pa)
                 [Entry date 10/23/00]

10/20/00 (15)    ARRAIGNMENT INFORMATION SHEET for Eric Taylor (1) count(s)
                 1, 2, 4, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 10/23/00]

10/20/00 (16)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Eric Taylor   Status conference set for 9:30 11/20/00
                 before Ch. Magistrate Judge Linnea R. Johnson (Signed by
                 Ch. Magistrate Judge Linnea R. Johnson on 10/20/00) CCAP
                 [EOD Date: 10/23/00] CCAP (pa) [Entry date 10/23/00]

10/20/00  17     Minutes of Arraignment & Pretrial Detention held on
                 10/20/00 before Ch. Magistrate Judge Linnea R. Johnson as
                 to Eliacin Macintauch ;  set status conference for before
                 Ch. Magistrate Judge Linnea R. Johnson on 11/20/00 at 9:30
                 Court finds defendant is a danger to community and orders
                 defendant pretrial detained. Tape #: LRJ-00-92-2474/93-1 (pa)
                 [Entry date 10/23/00]

Proceedings include all events.  AEV
0:00cr6294-ALL USA v. Taylor, et al   Vol #1 Cont.   CLOSED APPEAL

| | | |
|---|---|---|
| 10/20/00 | 18 | ARRAIGNMENT INFORMATION SHEET for Eliacin Macintauch (2) count(s) 1, 2, 4, 3  NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (pa) [Entry date 10/23/00] |
| 10/20/00 | 19 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Eliacin Macintauch   Status conference set for 9:30 11/20/00 before Ch. Magistrate Judge Linnea R. Johnson ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 10/20/00) CCAP [EOD Date: 10/23/00] CCAP (pa) [Entry date 10/23/00] |
| 10/24/00 | 20 | ORDER OF DETENTION as to Eric Taylor, Eliacin Macintauch ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 10/23/00)   CCAP (pa) [Entry date 10/25/00] |
| 10/24/00 | 21 | RESPONSE to Standing Discovery Order by USA  as to Eric Taylor (pa) [Entry date 10/25/00] |
| 10/24/00 | 22 | RESPONSE to Standing Discovery Order by USA  as to Eliacin Macintauch (pa) [Entry date 10/25/00] |
| 10/30/00 | 23 | ARREST WARRANT Returned Executed as to Eliacin Macintauch on 10/12/00 (pa) [Entry date 10/30/00] [Edit date 10/30/00] |
| 10/30/00 | 24 | ARREST WARRANT Returned Executed as to Eric Taylor on 10/12/00 (pa) [Entry date 10/30/00] |
| 11/7/00 | 25 | ORDER SETTING STATUS CONFERENCE: ORDER as to Eric Taylor, Eliacin Macintauch set status conference for 9:10 11/28/00 before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 11/4/00) CCAP [EOD Date: 11/7/00] CCAP△ (pa) [Entry date 11/07/00] |
| 11/20/00 | 26 | ORDER as to Eliacin Macintauch, there are no pending motions for pre-trial determination. There are no discovery problems. The case is ready for trial and not likely to settle by plea. The parties estimate trial will take 5 days to complete. A plea is possible but it is to early to report (Signed by Ch. Magistrate Judge Linnea R. Johnson on 11/20/00) CCAP [EOD Date: 11/20/00] CCAP△ (pa) [Entry date 11/20/00] |
| 11/20/00 | 27 | ORDER as to Eric Taylor, there are no pending motions for pre-trial determination. There are no discovery problems. The parties estimate trial will take 5 days to complete. A plea is possible but it is too early to report (Signed by Ch. Magistrate Judge Linnea R. Johnson on 11/20/00) CCAP [EOD Date: 11/20/00] CCAP△ (pa) [Entry date 11/20/00] |

Proceedings include all events.                        AEV
0:00cr6294-ALL USA v. Taylor, et al                           CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 11/20/00 | 28 | Minutes of Status Re: Discovery held on 11/20/00 before Ch. Magistrate Judge Linnea R. Johnson as to Eliacin Macintauch ; No pending motions; No discovery problems. Case ready for trial. Estimated 5 days for trial. Tape #: LRJ-00-102-1181 (pa) [Entry date 11/21/00] |
| 11/20/00 | 29 | Minutes of Status Re: Discovery held on 11/20/00 before Ch. Magistrate Judge Linnea R. Johnson as to Eric Taylor; Tape #: LRJ-00-102-1208 Pending motions; No discovery problems; Estimated trial time 5 days. Status Conference set for 11/28/00 before Judge Hurley (pa) [Entry date 11/21/00] |
| 11/20/00 | -- | Deadline updated as to Eric Taylor, set status conference for 11/28/00 before Ch. Magistrate Judge Linnea R. Johnson (pa) [Entry date 11/21/00] |
| 11/28/00 | -- | Status conference as to Eric Taylor, Eliacin Macintauch held (pa) [Entry date 12/04/00] |
| 12/4/00 | 30 | ORDER SETTING TRIAL DATE & ESTABLISHING PRETRIAL PROCEDURES: ORDER as to Eric Taylor, Eliacin Macintauch set Jury trial for 3/5/01 before Judge Daniel T. K. Hurley, set calendar call for 1:30 2/23/01 before Judge Daniel T. K. Hurley, to Continue in Interest of Justice (Signed by Judge Daniel T. K. Hurley on 11/30/00) CCAP [EOD Date: 12/4/00] CCAP∆ (pa) [Entry date 12/04/00] |
| 12/4/00 | -- | MOTION in open court by Eliacin Macintauch to produce tapes (pa) [Entry date 12/04/00] |
| 12/4/00 | 31 | ORDER COMPELLING PRODUCTION OF TAPES: ORDER as to Eliacin Macintauch granting [0-0] oral motion to produce tapes (Signed by Judge Daniel T. K. Hurley on 11/29/00) CCAP [EOD Date: 12/4/00] CCAP∆ (pa) [Entry date 12/04/00] |
| 2/1/01 | 32 | MOTION by USA as to Eric Taylor, Eliacin Macintauch to seal superseding indictment (pa) [Entry date 02/01/01] |
| 2/1/01 | 33 | ORDER as to Eric Taylor, Eliacin Macintauch granting [32-1] motion to seal superseding indictment (Signed by Magistrate Judge Lurana S. Snow on 2/1/01) CCAP [EOD Date: 2/1/01] CCAP∆ (pa) [Entry date 02/01/01] |
| 2/1/01 | 34 | SUPERSEDING INDICTMENT as to Feline Joseph (3) count(s) 1, 7-8, Eric Taylor (1) count(s) 1s, 2s, 4s-5s, 7s, Eliacin Macintauch (2) count(s) 1s, 2s-4s, 6s (Criminal Category 1) (pa) [Entry date 02/21/01] |
| 2/1/01 | 35 | ARREST WARRANT issued as to Feline Joseph. Warrant issued by Magistrate Judge Lurana S. Snow Bail fixed at PRE-TRIAL DETENTION (pa) [Entry date 02/21/01] |
| 2/16/01 | -- | ARREST of Feline Joseph (pa) [Entry date 02/22/01] |

Handwritten annotation: "Vol #1 Cont."

```
Proceedings include all events.          Vol #1 Cont.              AEV
0:00cr6294-ALL USA v. Taylor, et al                          CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 2/20/01 | -- | Indictment unsealed as to Eric Taylor, Eliacin Macintauch (pa) [Entry date 02/21/01] |
| 2/20/01 | -- | Initial appearance as to Feline Joseph held ; Detention Hearing set for 9:30 2/27/01 (Defendant informed of rights.) (pa) [Entry date 02/22/01] |
| 2/20/01 | 36 | ORDER on Initial Appearance as to Feline Joseph Bond set to TEMPORARY PRETRIAL DETENTION, for Appointment of Public Defender Detention hearing set for 9:30 2/27/01 before Duty Magistrate, , ( Signed by Magistrate Barry S. Seltzer on 2/20/01) Tape # 01-008 CCAP (pa) [Entry date 02/22/01] |
| 2/20/01 | 37 | ARRAIGNMENT INFORMATION SHEET for   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (pa) [Entry date 02/22/01] |
| 2/20/01 | 38 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Feline Joseph   Status conference set for 9:30 3/22/01 before Magistrate Ann E. Vitunac (Signed by Magistrate Barry S. Seltzer on 2/20/01) CCAP [EOD Date: 2/22/01] CCAP (pa) [Entry date 02/22/01] |
| 2/20/01 | 39 | STANDING DISCOVERY ORDER as to Feline Joseph   all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 2/20/01)   CCAP (pa) [Entry date 02/22/01] |
| 2/20/01 | 40 | Minutes of Initial Appearance held on 2/20/01   before Magistrate Barry S. Seltzer as to Feline Joseph;   PTD Hearing set for 2/27/01 at 9:30 before Magistrate Ann Vitunac. Status Conference set for 3/22/01 at 9:30AM before Magistrate Ann E. Vitunac. Tape #: 01-008-765-982 Cont. 01-008-1300-1359 (pa) [Entry date 02/22/01] |
| 2/21/01 | 41 | NOTICE of Hearing as to Eliacin Macintauch: set Change of Plea Hearing for 8:30 3/12/01 before Judge Daniel T. K. Hurley (pa) [Entry date 02/22/01] |
| 2/21/01 | 42 | REPORT Commencing Criminal Action as to Feline Joseph   DOB: 9/12/79   Prisoner # 55650-004 (pa) [Entry date 02/22/01] |
| 2/21/01 | 43 | CJA 20 as to Feline Joseph: Appointment of Attorney David Hodge Esq. (Signed by Magistrate Barry S. Seltzer   on 2/20/01) (pa) [Entry date 02/22/01] |
| 2/22/01 | 44 | MOTION by Feline Joseph for termination of   appointment of counsel (pa) [Entry date 02/23/01] |

Proceedings include all events.          Vol # 1 Cont.                    AEV
0:00cr6294-ALL USA v. Taylor, et al                              CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 2/23/01 | 45 | ORDER GRANTING MOTION TO TERMINATE: ORDER as to Feline Joseph granting [44-1] motion for termination of appointment of counsel (Signed by Magistrate Ann E. Vitunac on 2/23/01) CCAP [EOD Date: 2/23/01] CCAPΔ (pa) [Entry date 02/23/01] |
| 2/23/01 | 46 | NOTICE of Hearing as to Eric Taylor, Eliacin Macintauch : set Arraignment on superseding indictment for 9:30 3/1/01 before Magistrate Ann E. Vitunac (pa) [Entry date 02/26/01] |
| 2/27/01 | 47 | Minutes of Detention Hearing held on 2/27/01 before Magistrate Ann E. Vitunac as to Feline Joseph; Parties stipulated to $100,000 Corporate Surety Bond with Nebbia instead of Pretril Detention. Court accepts stipulation. Tape #: AEV01-11-735 (pa) [Entry date 02/27/01] |
| 2/27/01 | -- | Bond hearing as to Feline Joseph held (pa) [Entry date 02/27/01] |
| 3/1/01 | 48 | Minutes of arraignment on superseding indictment held on 3/1/01 before Magistrate Ann E. Vitunac as to Eric Taylor; Statsu/Discovery set for 4/2/02 at 9:30AM before Judge Johnson. Tape #: AEV01-14-1300 (pa) [Entry date 03/02/01] [Edit date 03/02/01] |
| 3/1/01 | 49 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Eric Taylor Status conference set for 9:30 4/2/01 for before Ch. Magistrate Judge Linnea R. Johnson (Signed by Magistrate Ann E. Vitunac on 3/1/01) CCAP [EOD Date: 3/2/01] CCAP (pa) [Entry date 03/02/01] [Edit date 03/02/01] |
| 3/1/01 | 50 | STANDING DISCOVERY ORDER as to Eric Taylor, Eliacin Macintauch all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Ann E. Vitunac on 3/1/01) Tape # CCAP (pa) [Entry date 03/02/01] |
| 3/1/01 | 51 | ARRAIGNMENT INFORMATION SHEET for Eric Taylor (1) count(s) 1s, 2s, 4s-5s, 7s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (pa) [Entry date 03/02/01] |
| 3/1/01 | 52 | Minutes of Arraignment on superseding indictment held on 3/1/01 before Magistrate Ann E. Vitunac as to Eliacin Macintauch; Tape #: AEV01-14-1353 (pa) [Entry date 03/02/01] |
| 3/1/01 | 53 | ARRAIGNMENT INFORMATION SHEET for Eliacin Macintauch (2) count(s) 1s, 2s-4s, 6s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (pa) [Entry date 03/02/01] |
| 3/7/01 | 54 | ARREST WARRANT Returned Executed as to Feline Joseph on 2/22/01 (pa) [Entry date 03/08/01] |

Proceedings include all events.  Vol #1 Cont.                    AEV
0:00cr6294-ALL USA v. Taylor, et al                      CLOSED APPEAL

| Date | No. | Entry |
|---|---|---|
| 3/13/01 | 55 | Minutes of Change of Plea count 1 held on 3/13/01 before Judge Daniel T. K. Hurley as to Eliacin Macintauch ; Court Reporter Name: Pauline Stipes (pa) [Entry date 03/14/01] |
| 3/13/01 | -- | PLEA entered by Eliacin Macintauch . Court accepts plea. GUILTY: count(s) 1s (pa) [Entry date 03/14/01] |
| 3/13/01 | 56 | Plea Agreement as to Eliacin Macintauch (pa) [Entry date 03/14/01] |
| 3/13/01 | 57 | NOTICE of Hearing as to Eliacin Macintauch: setting Sentencing for 1:30 6/1/01 before Judge Daniel T. K. Hurley (pa) [Entry date 03/14/01] |
| 3/19/01 | 58 | ORDER RESETTING TRIAL: ORDER as to Eric Taylor, Feline Joseph reset Jury trial for 4/2/01 for Eric Taylor, for Feline Joseph before Judge Daniel T. K. Hurley, reset calendar call for 1:30 for Eric Taylor, for Feline Joseph before Judge Daniel T. K. Hurley, to Continue in Interest of Justice (Signed Judge Daniel T. K. Hurley on 3/17/01) CCAP [EOD Date: 3/20/01] CCAPΔ (pa) [Entry date 03/20/01] |
| 3/22/01 | 59 | Minutes of Status Re: Discovery held on 3/22/01 before Ch. Magistrate Judge Linnea R. Johnson as to Feline Joseph; Trial set for 4/2/01. No discovery issues. Possible plea. 3-4 days for trial. Tape #: LRJ-01-18-1 (pa) [Entry date 03/23/01] |
| 3/22/01 | -- | Status conference as to Feline Joseph held (pa) [Entry date 03/23/01] |
| 3/22/01 | 60 | ORDER as to Feline Joseph, There are no pending motions for pre-trial determination. There are no discovery problems. The case is likely to settle by plea. The estimate tril will take 3-4 days to complete (Signed by Ch. Magistrate Judge Linnea R. Johnson on 3/22/01) CCAP [EOD Date: 3/23/01] (pa) [Entry date 03/23/01] |
| 3/22/01 | 61 | RESPONSE to Standing Discovery Order by USA as to Feline Joseph (pa) [Entry date 03/23/01] |
| 4/2/01 | 62 | Minutes of Status RE: Discovery held on 4/2/01 before Ch. Magistrate Judge Linnea R. Johnson as to Eric Taylor ; No pending motions. No discovery problems. 3 days to try case. Tape #: LRJ-01-18-3354 (pa) [Entry date 04/03/01] |
| 4/2/01 | -- | Status conference Re: Discovery, as to Eric Taylor held (pa) [Entry date 04/03/01] |
| 4/3/01 | 63 | ORDER as to Eric Taylor, there are no pending motions for pre-trial determination. There are no discovery problems. The parties estimate trial will take 4 days to complete. A plea is possible (Signed by Ch. Magistrate Judge Linnea R. Johnson on 4/2/01) CCAP [EOD Date: 4/4/01] CCAPΔ (pa) |

Proceedings include all events.        AEV
0:00cr6294-ALL USA v. Taylor, et al                        CLOSED APPEAL

|            |       | [Entry date 04/04/01] |
|------------|-------|------------------------|
| 4/4/01     | 64    | Minutes of Change of Plea count 1 superseding indictment held on 4/8/01 before Judge Daniel T. K. Hurley as to Eric Taylor ; Court Reporter Name: Pauline Stipes (pa) [Entry date 04/05/01] |
| 4/4/01     | --    | PLEA entered by Eric Taylor . Court accepts plea. GUILTY: Eric Taylor (1) count(s) 1s (pa) [Entry date 04/05/01] |
| 4/4/01     | 65    | Plea Agreement as to Eric Taylor (pa) [Entry date 04/05/01] |
| 4/4/01     | 66    | NOTICE of Hearing as to Eric Taylor: setting Sentencing for 2:30 7/6/01 before Judge Daniel T. K. Hurley (pa) [Entry date 04/05/01] |
| 4/11/01    | 67    | MOTION by Eric Taylor to continue sentencing (pa) [Entry date 04/12/01] |
| 4/19/01    | 68    | ORDER ON MOTION TO CONTINUE: ORDER as to Eric Taylor granting [67-1] motion to continue sentencing resetting Sentencing for 10:30 6/13/01 for Eric Taylor before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 4/17/01) CCAP [EOD Date: 4/19/01] CCAP⌂ (pa) [Entry date 04/19/01] |
| 4/26/01    | 69    | OBJECTION by Eliacin Macintauch to Presentence Investigation Report (pa) [Entry date 04/26/01] |
| 5/4/01     | 70    | MOTION by USA as to Eric Taylor for entry of judgment,and Preliminary Order of Forfeiture (pa) [Entry date 05/07/01] |
| 5/4/01     | 71    | MOTION by USA as to Eliacin Macintauch for entry of judgment, andfor Preliminary Order of Forfeiture (pa) [Entry date 05/07/01] |
| 5/9/01     | 72    | JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE: ORDER as to Eric Taylor granting [70-2] motion Preliminary Order of Forfeiture. All of the defendant's right, title and interest to the $4,162.00 in United States currency, are forfeited to the United States of America (Signed by Judge Daniel T. K. Hurley on 5/7/01) CCAP [EOD Date: 5/10/01] CCAP⌂ (pa) [Entry date 05/10/01] |
| 5/9/01     | 73    | JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE: ORDER as to Eliacin Macintauch granting [71-2] motion for Preliminary Order of Forfeiture. All of the defendant's rights, title and interest to the $4,162.00 in United States currency, are forfeited to the United States of America. (Signed by Judge Daniel T. K. Hurley on 5/7/01) CCAP [EOD Date: 5/10/01] CCAP⌂ (pa) [Entry date 05/10/01] |

Proceedings include all events.      AEV
0:00cr6294-ALL USA v. Taylor, et al                            CLOSED APPEAL

| Date | Doc | Description |
|---|---|---|
| 5/30/01 | 74 | Proof of publication of notice of forfeiture for publication from the: Broward Daily Business Review  dated: 5/23/01. Response deadline is 30 days from the final publication of this notice purusant to 21 USC Section 853(n) (pa) [Entry date 05/30/01] |
| 5/30/01 | 75 | NOTICE of filing of the attached letter from him to the court to be considered in his sentencing set for 6/1/01,by Eliacin Macintauch as to Eliacin Macintauch (pa) [Entry date 05/30/01] |
| 5/30/01 | 76 | RESPONSE by USA as to Eliacin Macintauch to [69-1] objection to PSI Report (at) [Entry date 05/31/01] |
| 5/30/01 | 77 | MOTION by USA as to Eliacin Macintauch to Reduce Sentence Pursuant to U.S.S.G. SEC. 5K1.1 (at) [Entry date 05/31/01] |
| 6/1/01 | -- | Sentencing  held Eliacin Macintauch (2) count(s) 1s (pa) [Entry date 06/08/01] |
| 6/8/01 | 78 | JUDGMENT as to  Eliacin Macintauch (2) count(s) 1s.  48 months. The court recommends the defendant be permitted to participate in the 500 hour drigu/alcohol rehabilitation program and the term of imprisonment be served at a federal institution in South Florida near family members. Supervised Release for a term of 5 years. The defendant shall not possess a firearm. (See judgment for conditions of supervision). Assessment of $100.00 to be paid in full immediately. Count(s) 1,2s-4s,2,3,4,6s dismissed (Signed by Judge Daniel T. K. Hurley on 6/7/01) CCAP [EOD Date: 6/8/01] CCAP (pa) [Entry date 06/08/01] |
| 6/13/01 | 79 | NOTICE of Hearing as to Feline Joseph: set Change of Plea Hearing for 9:00 6/21/01 before Judge James C. Paine on behalf of Judge Hurley (pa) [Entry date 06/13/01] |
| 6/21/01 | 80 | Minutes of Change of Plea on count 1 superseding indictment held on 6/21/01 before Judge James C. Paine as to Feline Joseph ; Court Reporter Name: Patricia Sanders (pa) [Entry date 06/21/01] |
| 6/21/01 | 81 | Plea Agreement as to Feline Joseph (pa) [Entry date 06/21/01] |
| 6/21/01 | 82 | NOTICE of Sentencing Hearing as to Feline Joseph : setting Sentencing for 8:30 10/12/01 before Judge Daniel K. Hurley (pa) [Entry date 06/21/01] |
| 6/21/01 | -- | PLEA entered by Feline Joseph . Court accepts plea. GUILTY: Feline Joseph (3) count(s) 1 (pa) [Entry date 06/21/01] |
| 6/25/01 | 83 | OBJECTION AND ADDENDUM by Eric Taylor to Presentence Investigation Report (at) [Entry date 06/25/01] |

Docket as of October 26, 2001 3:15 pm                    Page 16

Proceedings include all events.    AEV
0:00cr6294-ALL USA v. Taylor, et al                    CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 6/26/01 | 84 | MOTION by USA as to Eric Taylor for Forfeiture (at) [Entry date 06/27/01] |
| 6/29/01 | 85 | FINAL ORDER OF FORFEITURE: ORDER as to Eric Taylor granting [84-1] motion for Forfeiture as to Eric Taylor (1) (Signed by Judge Daniel K. Hurley on 6/28/01) [EOD Date: 6/29/01] CCAP△ (pa) [Entry date 06/29/01] |
| 7/9/01 | 86 | RESPONSE by USA as to Eric Taylor in opposition to [83-1] objection (pa) [Entry date 07/10/01] |
| 7/10/01 | 87 | Judgment Returned Executed as to Eliacin Macintauch on 6/28/01 at Federal Detention Center Miami (pa) [Entry date 07/11/01] |
| 7/13/01 | -- | Sentencing held Eric Taylor (1) count(s) 1s (pa) [Entry date 07/17/01] |
| 7/17/01 | 88 | JUDGMENT as to Eric Taylor (1) count(s) 1s. 188 months. Supervised Release for a term of 5 years. (See judgment for conditions of supervision). Assessment of $100.00 to be paid in full immediately. Count(s) 1,2s,2,4s-5s,4,5,7s dismissed (Signed by Judge Daniel T. K. Hurley on 7/17/01) [EOD Date: 7/17/01] CCAP (pa) [Entry date 07/17/01] |
| 7/18/01 | 89 | NOTICE OF APPEAL by Eric Taylor re: [88-1] judgment order EOD Date: 7/17/01; Eric Taylor (1) count(s) 1s; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 07/18/01] |
| 7/18/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Eric Taylor [89-1] appeal (mr) [Entry date 07/18/01] |
| 7/25/01 | 90 | TRANSCRIPT INFORMATION FORM as to Eric Taylor re: [89-1] appeal received. (Forwarded to Court Reporter Coordinator) (mr) [Entry date 07/25/01] |
| 7/30/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Eric Taylor Re: [89-1] appeal USCA Number: 01-14135-F (mr) [Entry date 07/30/01] |
| 8/1/01 | 91 | TRANSCRIPT INFORMATION FORM as to Eric Taylor re: [89-1] appeal received from Court Reporter on 8/1/01 (Forwarded back to Court Reporter Coordinator) (mr) [Entry date 08/02/01] |
| 8/1/01 | 92 | Acknowledgment of Appeal Information Sheet as to Eric Taylor re: [89-1] appeal Transcript due 8/30/01 for Eric Taylor (mr) [Entry date 08/02/01] |

Vol #1 Cont.

Proceedings include all events.                                                    AEV
0:00cr6294-ALL USA v. Taylor, et al                                        CLOSED APPEAL

| Date | Doc# | Description |
|---|---|---|
| 8/10/01 | 93 | Proof of publication as to Eliacin Macintauch from the: Broward Daily Business Review dated: 7/6/01 Response deadline is 30 days from the final publication of this notice (pa) [Entry date 08/13/01] |
| 8/16/01 | 94 | MOTION by USA as to Eliacin Macintauch for final order of Forfeiture (pa) [Entry date 08/16/01] |
| 8/22/01 | 95 | FINAO ORDER OF FORFEITURE: ORDER as to Eliacin Macintauch granting [94-1] motion for final order of Forfeiture (Signed by Judge Daniel T. K. Hurley on 8/22/01) [EOD Date: 8/23/01] CCAPO (pa) [Entry date 08/23/01] |
| 8/24/01 | 96 | TRANSCRIPT filed as to Eric Taylor of Sentencing Proceedings held 7/13/01 before Judge Daniel T.K. Hurley Volume #: 1 Pages: 1-31 re: [89-1] appeal . (mr) [Entry date 08/24/01]    Vol #3 |
| 8/27/01 | (97) | Judgment Returned Executed as to Eric Taylor on 8/21/01 at BOP FCI Miami (pa) [Entry date 08/27/01] |
| 8/28/01 | (98) | Appeal Information Sheet as to certify that the transcript has been completed and filed with the district court on 08/28/01 Eric Taylor re: [89-1] appeal (dj) [Entry date 08/28/01] |
| 8/28/01 | 99 | TRANSCRIPT filed as to Eric Taylor of Plea Hearing held 04/03/01 before Judge Daniel T. K. Hurley Volume #: 1 Pages: 1-28 re: [89-1] appeal . (dj) [Entry date 08/28/01]  Vol #2 |
| 9/5/01 | -- | Deadline updated as to Feline Joseph, set Sentencing for 10/12/01 for Feline Joseph before Judge Daniel T. K. Hurley (kw) [Entry date 09/05/01] |
| 9/5/01 | (100) | Appeal Information Sheet as to Eric Taylor re: [89-1] appeal. Transcript filed on 8/24/01 (mr) [Entry date 09/05/01] |
| 10/9/01 | 101 | MOTION by Feline Joseph for an addition Reduction of Sentence as a minimal role pursuant to Section 3B1.2(A) (pa) [Entry date 10/10/01] |
| 10/12/01 | -- | Sentencing held Feline Joseph (3) count(s) 1 (pa) [Entry date 10/17/01] |

Proceedings include all events.                                                      AEV
0:00cr6294-ALL USA v. Taylor, et al                      CLOSED APPEAL

| | | |
|---|---|---|
| 10/17/01 | 102 | JUDGMENT as to Feline Joseph (3) count(s) 1. 63 months. This is the total term of imprisonment imposed as to count 1 of the superseding indictment. The Court recommends to the Bureau of Prisons that the defendant be permitted to participate in the 500 hour drug/alcohol rehabilitation program and the term of imprisonment be served at an institution in SOuth Florida, near family and friends. Supervised Release term for a period of 5 years. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours. The defendant shall not possess a firarm. (See judgment for other conditions of supervision). Assessment of $100.00. A lump sum payment due immediately. Count(s) 7-8 dismissed (Signed by Judge Daniel T. K. Hurley on 10/17/01) [EOD Date: 10/17/01]  CCAP (pa) [Entry date 10/17/01] |
| 10/19/01 | 103 | CJA 24 as to Eric Taylor  Authorization to Pay  Amount: $ 90.00 for Transcript  Voucher # FLST20012173 ( Signed by Judge Daniel T. K. Hurley on 8/27/01) [EOD Date: 10/23/01] (pa) [Entry date 10/23/01] |

End of Vol #1